946

No. 5853. BRITT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 6185. GAITO v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 6280. DE LA ROSA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 6427. McBRIDE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 6445. STEVENSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 6521. HOYEL v. CITY OF JACKSON. Ct. App. Tenn. Certiorari denied.

No. 6535. MITCHELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6613. OLIVER v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 6640. WAUFORD v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 6646. HAGGETT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6659. SARKIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6711. MAGGARD v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.